UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DANIELLE STEINBERGER, *et al.*,    :    Case No. 3:10-cv-15

    Plaintiff,    :    Judge Timothy S. Black

vs.    :

STATE FARM AUTOMOBILE
INSURANCE COMPANY,    :

    Defendant.    :

### ORDER OF DISMISSAL

The Court having been advised that the above captioned civil action has been settled following mediation on April 21, 2011;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: 4/22/11

Timothy S. Black
United States District Judge